# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-132-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER** |
| **ROBERT HAL HANSON, AMY KATHLEEN SULLIVAN, and MICHAEL LOUIS PREDILETTO,** | |
| Defendants. | |

Upon the United States' Motion to Dismiss Forfeiture Allegation with Prejudice (Doc. 177), and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of July, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1